# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR SANDOVAL, | CASE NO. 1:11-CV-00292-DLB PC |
| Plaintiff, | ORDER TO SHOW CAUSE |
| v. | (DOC. 15) |
| A. AVILA, et al., | RESPONSE DUE WITHIN FOURTEEN DAYS |
| Defendants. | |

Plaintiff Edgar Sandoval ("Plaintiff") is a California state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On October 13, 2011, the Court dismissed Plaintiff's original complaint for failure to state a claim with leave to amend, and ordered Plaintiff to file an amended complaint within thirty days. Doc. 6. Plaintiff received a sixty-day extension of time. As of the date of this order, Plaintiff has not responded.

Accordingly, it is HEREBY ORDERED that Plaintiff is to show cause within fourteen (14) days from the date of service of this order why this action should not be dismissed for failure to obey a court order and failure to state a claim. Failure to timely respond or otherwise show cause will result in dismissal of this action for failure to obey a court order and failure to state a claim.

IT IS SO ORDERED.

Dated:   February 13, 2012         /s/ Dennis L. Beck
                                   UNITED STATES MAGISTRATE JUDGE

1